ACCEPTED
03-14-00605-CR
7827983
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 3:59:52 PM
JEFFREY D. KYLE
CLERK

No. 03-14-00605-CR

IN THE
THIRD COURT OF APPEALS
OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 3:59:52 PM
JEFFREY D. KYLE
Clerk

_____

Howard Thomas Douglas,
APPELLANT

VS.

THE STATE OF TEXAS,
APPELLEE

_____

**NOTICE OF APPEARANCE BY COUNSEL**

_____

TO THE HONORABLE COURT OF APPEALS

Comes now, J. (Jason) Edward Niehaus (SBN 24074812), and pursuant to Texas Rule of Procedure 6.1(c), files this Notice of Appearance as substitute counsel for Mr. Craig Price.

"[N]ew lead counsel may be designated by filing a notice stating that attorney's name, mailing address, telephone number, fax number, if any, email address, and State Bar of Texas identification number. If a new lead counsel is being designated, both the new attorney and either the party or the former lead counsel must sign the notice." Tex.R.App.P. 6.1(c)

Counsel may be contacted using any of the following means:

US Mail: 207 W. Hickory St. Suite 309, Denton, Texas 76201

Telephone: (940) 600-1295 ext701 (direct line)

Telephone: (940) 600-1295 ext711

Telephone: (713) 825-5176 (cellular)

Email: Jason@BNDlegal.com

Facsimile: (888) 314-7695

Respectfully submitted,

/s/ J. Edward Niehaus

J. Edward Niehaus
SBN 24074812
BODKIN NIEHAUS DICKSON, PLLC
207 W. HICKORY ST. SUITE 309
DENTON, TX 76201
TEL. (940) 600-1295
FAX. (888) 314-7695
JASON@BNDLEGAL.COM

Pursuant to Rule 6.1(c), the above is approved and agreed by original counsel, whose signature appears below.

/s/Craig Price

Craig Price

## CERTIFICATE OF SERVICE

This is to ce1iify that on November 13, 2015, a true and correct copy of the above and foregoing document was served on the Travis County District Attorney Rosemary Lehmberg, via email to Lisa.Stewmi@traviscountytx.gov.

/s/ J. Edward Niehaus

J. Edward Niehaus
